# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

SEAN DONAHUE,

                Petitioner

        v.

PENNSYLVANIA DEPARTMENT OF
LABOR AND INDUSTRY,

                Respondent

: No. 793 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.